**Elmer TATUM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75883.**

Missouri Court of Appeals,
Western District.

Nov. 19, 2013.

Elmer L. Tatum, Jr., Bowling Green, MO, Appellant Acting Pro Se.

Richard Starnes, Jefferson City, MO, for Respondent.

Before Division Two: THOMAS H. NEWTON, P.J., KAREN KING MITCHELL, and GARY D. WITT, JJ.

ORDER

PER CURIAM:

Mr. Elmer Tatum appeals the denial of a Rule 29.15 motion for post-conviction relief without an evidentiary hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).